PROB 35
(Rev. 6/17)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 JUL 20 AM 9:32

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA

v.                           Crim. No. 4:13CR00202-1

Candace Anne Carreras

On January 15, 2016, the above named was placed on supervised release for a period of three years. She has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

Lisa K. Jacobs
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this __19th__ day of __July__, 2018.

William T. Moore, Jr.
Judge, U.S. District Court